UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK; and NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS, | **ORDER** <br><br> 22 Civ. 1804 (PGG) |
| Petitioners, | |
| - against - | |
| MITMO, INC., | |
| Respondent. | |

PAUL G. GARDEPHE, U.S.D.J.:

On May 19, 2022, after Respondent did not appear or otherwise respond in this action, this Court deemed Petitioners' petition to confirm an arbitration award fully submitted. (See Dkt. No. 10)  The Court will issue a decision addressing the petition in due course.

Accordingly, the initial pre-trial conference scheduled for June 9, 2022 is adjourned sine die.

Dated:  New York, New York
        May 25, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge